Hassan v New York City Health & Hosps. Corp. (2025 NY Slip Op 03135)

Hassan v New York City Health & Hosps. Corp.

2025 NY Slip Op 03135

Decided on May 22, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 22, 2025

Before: Kern, J.P., Gonzalez, Rodriguez, Pitt-Burke, Higgitt, JJ. 

Index No. 27167/17|Appeal No. 4411|Case No. 2024-02635|

[*1]MD Mahmudul Hassan etc., et al., Plaintiffs-Respondents,
v
New York City Health and Hospitals Corporation, Doing Business as NYC Health + Hospitals, et al., Defendants-Appellants-Respondents.
Montefiore Medical Center Doing Business as Montefiore Westchester Square, Third-Party Plaintiff-Appellant-Respondent,
v
Westchester Square Emergency Physicians, P.L.L.C., Third-Party Defendant-Respondent-Appellant.

An appeal and cross-appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, Bronx County (Alicia Gerez, J.), entered on or about April 15, 2024,
And said appeal and cross-appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated April 29, 2025,
It is unanimously ordered that said appeal and cross-appeal be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: May 22, 2025